```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A04-0106--CV (RRB)
              "TONY TAHERI V EVERGREEN AVIATION LOGISTICS"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 05/20/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (442) Jobs

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 05/20/04 receipt # 00123191
         Trial by: Jury
```

Parties of Record:                                 Counsel of Record:

PLF 1.1          TAHERI, TONY                      Theodore J. Stepovich
                                                   Law Office of Ted Stepovich
                                                   841 I Street
                                                   Anchorage, AK 99501
                                                   907-272-9322

DEF 1.1          EVERGREEN AVIATION GROUND         Patricia G. Griffith
                 LOGISTICS ENTERPRISES INC         Ford & Harrison
                                                   1275 Peachtree Street NE, #600
                                                   Atlanta, GA 30309
                                                   404-888-3800
                                                   FAX 404-888-3863

                                                   John T. Stembridge
                                                   Ford & Harrison LLP
                                                   1275 Peachtree Street NE, #600
                                                   Atlanta, GA 30309
                                                   404-888-3800
                                                   FAX 404-888-3863

DEF 2.1    [T]   EVERGREEN INTERNATIONAL AVIATION  Thomas M. Daniel
                 INC                               Perkins Coie
                                                   1029 W. 3rd Avenue, Suite 300
                                                   Anchorage, AK 99501-1981
                                                   907-279-8561
                                                   FAX 907-276-3108

                                                   Patricia G. Griffith
                                                   (see above)

DEF 3.1    [T]   EVERGREEN EAGLE                   No counsel found for this party!

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0106--CV (RRB)
              "TONY TAHERI V EVERGREEN AVIATION LOGISTICS"

         Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 4.1 | [T] | MILLER, KEVIN | No counsel found for this party! |
| DEF 5.1 | [T] | HANSON, TODD | No counsel found for this party! |
| DEF 6.1 | [T] | KEEGAN, GREGG | No counsel found for this party! |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0106--CV (RRB)
                            "TONY TAHERI V EVERGREEN AVIATION LOGISTICS"

                                       For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/20/04
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (442) Jobs

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $150.00 on 05/20/04 receipt # 00123191
           Trial by: Jury


Document #   Filed     Docket text

    1 -  1   05/20/04  DEF 2 Notice of Removal from state court case #an-04-4667CV w/att exhs &
                       declaration.

    1 -  2   05/20/04  PLF 1 Jury Demand.

    2 -  1   05/20/04  DEF 2 Answer to Complaint.

    3 -  1   05/20/04  DEF 2 motion (partial) to dismiss and brief in support.

    4 -  1   05/20/04  DEF 2 motion by non-resident attorney to appeal and participate pro hac
                       vice of Patricia G. Griffin w/lcl T. Daniel w/att exhs & declaration.

    5 -  1   05/20/04  DEF 2 motion by non-resident attorney for permission to appear pro hace
                       vice for Thomas L. McDaniel w/lcl cnsl T. M. Daniel w/att exhs &
                       declaration.

    6 -  1   05/20/04  RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                       file copies of state court documents & svc list w/i 10 days. cc: cnsl

    7 -  1   06/01/04  DEF 2 Notice of filing pleadings.

    8 -  1   06/01/04  DEF 2 Service List.

    9 -  1   06/02/04  RRB Order granting motion by non-resident attorney Patricia G. Griffith
                       to appeal and participate pro hac vice (4-1).  cc: cnsl

   10 -  1   06/02/04  RRB Order granting motion by non-resident attorney Thomas L. McDaniel
                       for permission to appear pro hace vice (5-1).  cc: cnsl

   11 -  1   07/07/04  RRB Minute Order granting motion (partial) to dismiss (3-1).  Counts I,
                       II & IV are dismissed for lack of subject matter jurisdiction.  Count
                       III is dismissed as stated.  cc: cnsl

   12 -  1   08/02/04  RRB Minute Order plf is required to take action as to failure to serve.
                       Plf to comply with FRCP Rule 4(m).  cc: cnsl

   13 -  1   08/17/04  RRB Minute Order plf is required to take action as to dismissal for
                       failure to serve (Warning) re: D1 & D3.  cc: cnsl

ACRS: R_VDSDX                 As of 12/01/05 at 3:16 PM by GARRY                         Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0106--CV (RRB)
                        "TONY TAHERI V EVERGREEN AVIATION LOGISTICS"
```

| | | For all filing dates |

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 09/13/04 | PLF 1 motion to amend complaint w/att exhs. |
| 15 - 1 | 09/13/04 | PLF 1 Return of Service (proof of svc) on DEF 1 & 2; Executed 5/3/04. |
| 16 - 1 | 09/13/04 | PLF 1 Certificate of Svc re: PLF 1 motion to amend complaint (14-1) and proof of svc (15-1). |
| 17 - 1 | 09/15/04 | PLF 1 Errata re: PLF 1 motion to amend complaint (14-1) w/att proposed amended complaint. |
| 18 - 1 | 10/01/04 | PLF 1 2nd Errata re: PLF 1 motion to amend complaint (14-1) & w/drawal of 1st errata and first amended complaint w/att 1st amended complaint. |
| 19 - 1 | 10/15/04 | RRB Minute Order granting motion to amend complaint (14-1).  cc: cnsl |
| 20 - 1 | 10/15/04 | PLF 1 Complaint (First Amended) |
| 21 - 1 | 10/15/04 | PLF 1 Stipulation to dismiss Evergreen International Aviation, Inc and permitting filing of second amended complaint w/att second amended complaint . |
| 21 - 2 | 10/18/04 | RRB Order granting stipulation to dismiss Evergreen International Aviation, Inc and permitting filing of second amended complaint (21-1). cc: cnsl |
| 22 - 1 | 10/18/04 | PLF 1 Complaint (Second Amended). |
| 23 - 1 | 10/29/04 | DEF 1 Answer to Second Amended Complaint. |
| 24 - 1 | 11/01/04 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 25 - 1 | 11/18/04 | DEF 1 Disclosure Statement. |
| 26 - 1 | 11/29/04 | PLF 1; DEF 1 Scheduling and Planning Report. |
| 27 - 1 | 12/02/04 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 09/02/05; Dispositive motions deadline 10/03/05; Estimate of trial 5 days. cc: cnsl |
| 28 - 1 | 01/07/05 | DEF 1 motion for withdrawal of counsel Thomas McDaniel and substitute Patricia G. Griffith. |
| 29 - 1 | 01/10/05 | RRB Order granting motion for withdrawal of counsel Thomas McDaniel and substitute Patricia G. Griffith (28-1).  cc: cnsl |
| 30 - 1 | 01/26/05 | DEF 1 motion for non-resident attorney John T. Stembridge to appear pro hac vice. |
| 31 - 1 | 01/28/05 | RRB Order granting motion for non-resident attorney John T. Stembridge to appear pro hac vice (30-1).  cc: cnsl |
| 32 - 1 | 08/01/05 | DEF 1 Final Revised Witness List. |
| 33 - 1 | 09/30/05 | DEF 1 Unopposed motion for extension of time until 10/10/05 to extend dispositive motion deadline. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0106--CV (RRB)
                            "TONY TAHERI V EVERGREEN AVIATION LOGISTICS"

                                         For all filing dates


Document #    Filed       Docket text

   33  -  2  10/04/05    RRB Order granting unopposed motion for extension of time until 10/10/05
                         to extend dispositive motion deadline (33-1).  cc: cnsl

   34  -  1  10/11/05    DEF 1 motion for summary judgment w/att memo & exhs.

   35  -  1  10/26/05    PLF 1 Unopposed motion for extension of time until 11/14/05 to file
                         plaintiff's oppo to the motion for sj.

   35  -  2  10/27/05    RRB Order granting unopposed motion for extension of time until 11/14/05
                         to file plaintiff's oppo to def's motion for sj (35-1).

   36  -  1  11/14/05    PLF 1 Unopposed motion for extension of time until 11/17/05 to file
                         plaintiff's oppo to def's mot for sj.

   36  -  2  11/15/05    Order granting unopposed motion for extension of time until 11/17/05 to
                         file plaintiff's oppo to def's mot for sj (36-1).  cc: cnsl

   37  -  1  11/17/05    PLF 1 opposition to DEF 1 motion for summary judgment (34-1) w/att
                         exhibits.
```