FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 NOV 30 PM 4: 10

RD

Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Patricia G. Griffith
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
(404) 888-3800
(404) 888-3863 (Facsimile)

Attorneys for Defendant Evergreen
Aviation Ground Logistics Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TONY TAHERI,<br><br>    Plaintiff,<br><br>v.<br><br>EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC.; KEVIN MILLER; TODD HANSON; and GREGG KEEGAN,<br><br>    Defendants. | CASE NO. A04-0106 Civil (RBB) |

**DEFENDANT EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC.'S UNOPPOSED MOTION TO EXTEND REPLY DEADLINE FOR ITS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Evergreen Aviation Ground Logistics Enterprises, Inc. moves this Court for a two week extension of the reply motion deadline for Defendant to submit its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

In support of this Consent Motion, Defendant shows as follows:

1. Plaintiff has consented to this extension of time.

2. The motion deadline is December 1, 2005.

3. The motion deadline sought to be extended herein has not expired.

4. Defendant has not sought any prior extensions of this reply motion deadline.

5. Defendant does not anticipate that further extensions will be necessary.

6. This Motion has not been presented for the purposes of delay.

Accordingly, Defendant requests that this Court extend the deadline for Defendant to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment from December 1, 2005 to December 15, 2005.

Respectfully submitted this 30th day of November, 2005.

**FILED**

DEC 0 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ___PD___ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof
CLERK OF COURT
Date: 12-1-05 By: _____
                        Deputy Clerk

PD 12-1-05

A04-0106--CV (RRB)
--------------------------------------------
P. STEPOVICH
P. GRIFFITH

**PERKINS COIE LLP**
Attorneys for Defendant
Evergreen Aviation Ground Logistics Enterprises, Inc.

_____
Thomas M. Daniel
Alaska Bar No. 8601003

**FORD & HARRISON LLP**
Patricia G. Griffith

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DEFENDANT'S UNOPPOSED MOTION     - 2 -     [/AA053330.018]

I hereby certify that I have served by
~~mail~~/~~fax~~/~~hand~~ a true and correct copy of the
foregoing on Ted Stepovich, 841 I Street,
Anchorage, Alaska 99501, this 30 day of
November, 2005.

_Maurie Craig_

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DEFENDANT'S UNOPPOSED MOTION     - 3 -     [/AA053330.018]