FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 14 PM 4: 23

Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Patricia G. Griffith
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
(404) 888-3800
(404) 888-3863 (Facsimile)

Attorneys for Defendant Evergreen
Aviation Ground Logistics Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TONY TAHERI,<br><br>      Plaintiff,<br><br>v.<br><br>EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC.; KEVIN MILLER; TODD HANSON; and GREGG KEEGAN,<br><br>      Defendants. | CASE NO. A04-0106 Civil (RBB) |

**DEFENDANT EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC.'S MOTION TO EXTEND REPLY DEADLINE FOR ITS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DEFENDANT'S MOTION TO
EXTEND REPLY DEADLINE     - 1 -     [/AA053480.010]

Defendant Evergreen Aviation Ground Logistics Enterprises, Inc. moves this Court for a one week extension of the reply motion deadline for Defendant to submit its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

In support of this Motion, Defendant shows as follows:

1.  Defendant was unable to discuss this extension with Plaintiff prior to filing this motion.

2.  The motion deadline is December 15, 2005.

3.  The motion deadline sought to be extended herein has not expired.

4.  Defendant has sought one prior extension of this reply motion deadline.

5.  Defendant does not anticipate that further extensions will be necessary.

6.  This motion has not been presented for the purposes of delay.

7.  Defendant seeks an extension of the reply motion deadline because Defendant is in the process of obtaining relevant evidence to respond directly to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Accordingly, Defendant requests that this Court extend the deadline for Defendant to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment from December 15, 2005 to December 22, 2005.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DEFENDANT'S MOTION TO
EXTEND REPLY DEADLINE                - 2 -                [/AA053480.010]

Respectfully submitted this 14th day of December, 2005.

**PERKINS COIE LLP**
Attorneys for Defendant
Evergreen Aviation Ground Logistics Enterprises

_____
Thomas M. Daniel
Alaska Bar No. 8601003

**FORD & HARRISON LLP**
Patricia G. Griffith

I hereby certify that I have served by (mail/fax/hand) a true and correct copy of the foregoing on Ted Stepovich, 841 I Street, Anchorage, Alaska 99501, this 14 day of December, 2005.

_____

**FILED**

DEC 15 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ PD _____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof
CLERK OF COURT
Date: 12-15-05 By: _____
Deputy Clerk

PD 12-15-05

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DEFENDANT'S MOTION TO
EXTEND REPLY DEADLINE                - 3 -                [/AA053480.010]