Law Office of Ted Stepovich
841 I Street
Anchorage, Alaska 99501
Ph: 907-272-9322
Fax: 907-277-1373

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 4:08

?D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TONY TAHERI, | ) |
| Plaintiff. | ) ) ) ) |
| vs. | ) ) ) |
| EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC.; KEVIN MILLER; TODD HANSON; and GREGG KEEGAN, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| | ) Case No. A04-0106 CI (RBB) |

### REQUEST FOR ORAL ARGUMENT
### ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, by and through his undersigned counsel, requests oral argument on defendant's motion for summary judgment. After review of defendant's reply to plaintiff's opposition to summary judgment it is counsel's belief that oral argument will be of assistance to the court in evaluating the parties' arguments and positions. Accordingly it is believed that oral argument is necessary and allowing such would be a prudent exercise of this court's discretion.

41

DATED this 19th day of December 2005.

        Law office of Ted Stepovich
        841 I Street
        Anchorage, Alaska 99501
        Ph: (907) 272-9322
        Fax: (907) 277-1373

        By: /s/ Ted Stepovich
        Ted Stepovich
        Ak. Bar. No. 8711113

**Certificate of Service**

The undersigned certifies that a true and exact copy of this document was mailed to counsel for defendant on the date set forth below.

12/19/05    /s/ Michelle Wells
Date         Signature

## ORDER

Plaintiff's request for oral argument on defendant's motion for summary judgment is GRANTED and oral argument is set on for the ___ day of _____, 200__ at _____ (am/pm) in courtroom No. ____.

This __ day of _____, 200__.

_____
Judge of the U.S. District Court

-2-