**FILED**

DEC 2 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deput

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

TAHERI   v.   EVERGREEN AVIATION, et al.

DATE:   December 22, 2005     CASE NO.   A04-0106 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING ORAL ARGUMENT**

---

Oral argument (60 minutes) will be held on Defendant's Motion for Summary Judgment (Docket 34) on **Thursday, January 26, 2006, at 8:30 a.m.**, in Courtroom 2.

M.O. SCHEDULING ORAL ARGUMENT