FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 PM 4:14

Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Patricia G. Griffith
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
(404) 888-3800
(404) 888-3863 (Facsimile)

Attorneys for Defendant Evergreen
Aviation Ground Logistics Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TONY TAHERI,

    Plaintiff,

v.

EVERGREEN AVIATION GROUND
LOGISTICS ENTERPRISES, INC.; KEVIN
MILLER; TODD HANSON; and GREGG
KEEGAN,

    Defendants.

CASE NO. A04-0106 Civil (RBB)

**OBJECTION TO PLAINTIFF'S REQUEST FOR ORAL ARGUMENT
ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

OBJECTION TO REQUEST
FOR ORAL ARGUMENT                - 1 -                [/AA053550.011]

Defendant Evergreen Aviation Ground Logistics Enterprises, Inc.'s ("Evergreen") objects to Plaintiff's Request for Oral Argument on Defendant's Motion for Summary Judgment.

Plaintiff offers no reason why oral argument is necessary in this litigation other than his conclusory assertion that such an argument will assist the court in evaluating the parties' position. Oral argument is not necessary because the facts and legal arguments are adequately presented in the briefs and record. The decisional process will not be significantly aided by oral argument. This case involves only one remaining claim of retaliatory discharge. Said claim is a straightforward discrimination claim and does not involve complex facts or law. Oral argument will merely result in the unnecessary expenditure of time and costs.

Defendant respectfully requests that this Court deny Plaintiff's request for oral argument.

Respectfully submitted this 22 day of December, 2005.

PERKINS COIE LLP
Attorneys for Defendant
Evergreen Aviation Ground Logistics
Enterprises

Thomas M. Daniel
Alaska Bar No. 8601003

**FORD & HARRISON LLP**
Patricia G. Griffith

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

I hereby certify that I have served by
(mail)/fax/hand a true and correct copy of the
foregoing on Ted Stepovich, 841 I Street,
Anchorage, Alaska 99501, this 22 day of
December, 2005.

_____
Maurie Craig

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

OBJECTION TO REQUEST
FOR ORAL ARGUMENT                - 3 -                [/AA053550.011]