UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TONY TAHERI,
      Plaintiff,

Case Number 3:04-cv-106-RRB

v.

EVERGREEN GROUND LOGISTICS
ENTERPRISES, INC.,
      Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff take nothing, that the action be dismissed on the merits.

APPROVED:

_____
RALPH R. BEISTLINE
United States District Judge

_____
Date: January 11, 2006

                              Ida Romack
                             Clerk of Court

**NOTE:** *Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

_____
(By) Deputy Clerk

[]{JMT2.WPT*Rev.3/03}