UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>   TAHERI   </u>  v.  <u>  EVERGREEN AVIATION  </u>

DATE:   <u>  January 17, 2006  </u>    CASE NO.   <u>  3:04-CV-106 rrb  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING RECONSIDERATION**

---

      The Court is in receipt of Plaintiff's Motion to Alter or Amend the Judgment and Supporting Memorandum of Law (Docket 47), which is being treated as a motion to reconsider.  Pursuant to D. Ak. LR 59.1(d), Defendant has until the close of business on **Monday, January 30, 2006,** in which to file a response to Plaintiff's motion, after which the Court will take the matter under advisement.

ORDER GRANTING RECONSIDERATION