UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TONY TAHERI v. EVERGREEN AVIATION GROUND LOGISTICS ENTER., INC., et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK

CASE NO. A04-0106 CV (RRB)

John W. Erickson, Jr.

DATE: February 2, 2006

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT**

Before the Court is Plaintiff Tony Taheri ("Plaintiff") with a Motion to Alter or Amend the Judgment (Docket No. 47), which is, essentially, a Motion for Reconsideration. Defendants Evergreen Aviation Ground Logistics Enterprises, Inc., et al. ("Defendants") oppose the motion at Docket No. 49.

For the reasons carefully articulated by Defendants, as well as for reasons set forth in the Court's Order Granting Motion for Summary Judgment (Docket No. 45), Plaintiff's Motion to Alter or Amend the Judgment (Docket No. 47) is hereby **DENIED**.

MINUTE ORDER RE PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT