Law Office of Ted Stepovich
841 I Street
Anchorage, Alaska 99501
Ph: 907-272-9322
Fax: 907-277-1373

RECEIVED
FEB 13 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Receipt # 0087608 Sny $255 2/13/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TONY TAHERI,<br><br>    Plaintiff.<br><br>vs.<br><br>EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC.; KEVIN MILLER; TODD HANSON; and GREGG KEEGAN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **NOTICE OF APPEAL**<br>)<br>) **Case No. A04-0106 CI (RBB)** |

PLEASE TAKE NOTICE that Tony Taheri, by and through undersigned counsel, hereby appeals from the final judgment entered by the District Court for the District of Alaska on the 11th day of January 2006. A timely motion to alter or amend the judgment (motion for reconsideration) was filed under F.R.C.P. 59(e) and denied on 2 February 2006. Appeal is taken from the final judgment of the District Court, to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. 1291 and Rule 4(a)(4)(A)(iv) of the Federal Rules of Appellate Procedure. The grounds upon which this appeal is based is that the District Court for the District of Alaska erred in granting summary judgment to the defendants on plaintiff's claim for retaliatory discharge.

1

DATED this 13th day of February 2006.

                THE LAW OFFICE OF TED STEPOVICH
                841 I Street
                Anchorage, Alaska 99501
                907-272-9322

By: _____
     Ted Stepovich
     ABA No. 8711113

2