Law Office of Ted Stepovich
841 I Street
Anchorage, Alaska 99501
Ph: 907-272-9322
Fax: 907-277-1373

RECEIVED
FEB 13 2006
CLERK U.S. DISTRICT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TONY TAHERI, </br></br> Plaintiff. </br></br> vs. </br></br> EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC.; KEVIN MILLER; TODD HANSON; and GREGG KEEGAN, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) **TRANSCRIPT NOTICE** </br> ) </br> ) **Case No. A04-0106 CI (RBB)** |

PLEASE TAKE NOTICE that Tony Taheri, by and through undersigned counsel, hereby GIVES NOTICE, that no proceedings took place from which a transcript would be available, and no transcripts will be relied upon in this appeal.

DATED this 13th day of February 2006.

        Law office of Ted Stepovich
        841 I Street
        Anchorage, Alaska 99501
        Ph: (907) 272-9322
        Fax: (907) 277-1373

        By: _/s/ Ted Stepovich_
        Ted Stepovich
        Ak. Bar. No. 8711113