RECEIVED

FEB 2 7 2006

CLERK, U.S. DISTRICT COU...
ANCHORAGE. ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

*0 6- 35/5 2*

**CASE INFORMATION:**
Short Case Title: Tony Taheri v Evergreen Aviation Ground Logistics Ent. Inc
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R Beistline  3:04-cv-00106 RRB
Date Complaint/Indictment/Petition Filed: 5/20/2004
Date Appealed Order/Judgment *entered*: 1/13/2006
Date NOA *filed*: 2/13/2006

Court Reporter(s) Name and Phone Number:  Tina J Grothause (907) 451-5791

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid:  2/13/2006            Date Docket Fee billed: __
Date FP granted: _                          Date FP denied: __
Is FP pending?  _no                         Was FP Limited/Revoked?
US Government Appeal?   no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION: (please include e-mail address and fax number)**
Appellate Counsel:                          Appellee Counsel:
The Law office of Ted Stepovich             Ford & Harrison LLP
841 I Street                                1275 Peachtree St NE #600
Anchorage, AK 99501                         Atlanta, Ga 30309
(907)272-9322                               (404)888-3800

__retained   __CJA   __FPD   __FPD   __Other        Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __                 Address: __
Custody: __                        ___
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __          9th Circuit Docket Number: __

---

Name and phone number of person completing this form:   Tina J Grothause (907)451-5791
                                                        __