UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TONY TAHERI,<br><br>　　Plaintiff - Appellant,<br><br>　　v.<br><br>EVERGREEN AVIATION GROUND<br>LOGISTICS ENTERPRISES, INC,<br><br>　　Defendant - Appellee. | No. 06-35152<br><br>D.C. No. CV-04-00106-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED

JUL 0 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's motion for leave to file a late brief is granted. The opening brief is due July 14, 2006; the answering brief is due August 14, 2006; and the optional reply brief is due 14 days after service of the answering brief.

Further delay in filing the opening brief is disfavored.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

　　　　　　　　　For the Court:

　　　　　　　　　CATHY A. CATTERSON
　　　　　　　　　Clerk of the Court

　　　　　　　　　_[signature]_
　　　　　　　　　Cathie A. Gottlieb
　　　　　　　　　Deputy Clerk
　　　　　　　　　Ninth Cir. R. 27-7/Advisory Note to Rule 27
　　　　　　　　　and Ninth Circuit 27-10

pro 6.26