UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 21 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TONY TAHERI,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC,<br><br>Defendant - Appellee. | No. 06-35152<br><br>D.C. No. CV-04-00106-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**
DEC 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: WALLACE, NOONAN, and PAEZ, Circuit Judges.

Appellant's motion for an award of attorney fees and costs under Alaska Rule of Appellate Procedure 508(e) is denied. *Hinde v. Provident Life & Accident Ins. Co.*, 112 F.3d 412, 413 (9th Cir. 1997) (Order). Appellant's request for an award of paralegal fees on appeal as costs pursuant to Federal Rule of Appellate Procedure 39 is denied.

-1-