UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


TONY TAHERI
v.
EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk                                    CASE NO.  3:04-cv-00106-RRB

 CAROLYN BOLLMAN 


PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**    DATE: February 22, 2008


       There has been no activity in the case since the U. S. Court of Appeals Judgment and Memorandum REVERSING AND REMANDING this case was filed in 2007.  Counsel for plaintiff shall file a Status Report due March 10, 2008.

[]{IA.WPD*Rev.12/96}