Thomas M. Daniel
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
Phone:        (907) 279-8561
Facsimile:    (907) 276-3108
tdaniel@perkinscoie.com

Patricia G. Griffith
pgriffith@fordharrison.com
*Admitted Pro Hac Vice*
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, Georgia  30309
Phone:        (404) 888-3800
Facsimile:    (404) 888-3863

Attorneys for Defendant
Evergreen Aviation Ground Logistics Enterprises, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| TONY TAHERI,<br><br>      Plaintiff,<br><br>v.<br><br>EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 3:04-cv-106-RRB |

DEFENDANT'S STATUS REPORT

Defendant hereby responds to this Court's Order dated February 25, 2008 as follows:

The underlying employment action occurred in September 2000.  Plaintiff filed his Complaint on February 23, 2004.  Defendant filed its Motion for Summary Judgment on October 11, 2005.

1

Defendant's Motion for Summary Judgment was granted on January 6, 2006. Plaintiff filed a Motion to Alter or Amend Judgment, which was denied on February 3, 2006. Plaintiff filed a Notice of Appeal to the Ninth Circuit Court of Appeals on February 13, 2006. The case was argued before the Ninth Circuit Court on August 8, 2007, and on August 31, 2007 the case was reversed and remanded back to the U.S. District Court. Plaintiff moved for fees, which was denied by the Ninth Circuit on December 21, 2007. There has been no activity since that time.

This 7th day of March, 2008.

FORD & HARRISON LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, Georgia 30309
Tel: (404) 888-3800
Fax: (404) 888-3863


PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
Tel: (907) 263-6950
Fax: (907) 276-3108

s/ Patricia G. Griffith
Patricia G. Griffith
Georgia Bar No. 311928
pgriffith@fordharrison.com
*Admitted Pro Hac Vice*

and

Thomas M. Daniel
Alaska Bar No. 8601003
tdaniel@perkinscoie.com


Attorneys for Defendant
Evergreen Aviation Ground
Logistics Enterprises, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| TONY TAHERI,<br><br>      Plaintiff,<br><br>v.<br><br>EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 3:04-cv-106-RRB |

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2008, I electronically filed the DEFENDANT'S STATUS REPORT with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Ted Stepovich, Esquire
The Law Office of Ted Stepovich
841 I Street
Anchorage, Alaska 99501

FORD & HARRISON LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, Georgia 30309
Tel: (404) 888-3800
Fax: (404) 888-3863

s/ Patricia G. Griffith
Patricia G. Griffith
Georgia Bar No. 311928
pgriffith@fordharrison.com
*Admitted Pro Hac Vice*

Attorneys for Defendant
Evergreen Aviation Ground
Logistics Enterprises, Inc.

Atlanta:445165.1