Ted Stepovich, Esq.
THE LAW OFFICES OF TED STEPOVICH
841 I Street
Anchorage, Alaska 99501
Phone:  (907) 272-9322
Fax:    (907) 277-1373

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TONY TAHERI ) <br> ) <br>     Plaintiff, ) <br> ) <br>     vs. ) <br> ) <br> EVERGREEN AVIATION GROUND ) <br> LOGISTICS ENTERPRISES, INC. ) <br> and EVERGREEN INTERNATIONAL ) <br> AVIATION, INC. ) <br> ) <br>     Defendants. ) <br> _____) | **PLAINTIFF'S STATUS REPORT** <br><br> Case No. A04-0106 CV (RRB) |

Plaintiff Tony Taheri, by and through his attorneys of record, provides the following as to the status of the case. The matter was remanded by the Court of Appeals back to the District for further proceedings. It is plaintiff's position that a new pretrial order is necessary as there is a need for additional discovery and trial preparation. Given the passage of time since the filing of the matter and subsequent appeal, it is believed that a ninety day discovery period is needed to allow the matter to be adequately prepared for trial. As there have been very little in the way of meaningful settlement discussions, it is likely that matter will be tried.

DATED this 10th day of March 2008.

       s/ Ted Stepovich

       841 I Street
       Anchorage, Alaska 99501
       907-272-9322
       907-277-1373 - Fax
       ted@akdltlaw.com
       Alaska Bar No.8711113

Certificate of Service

I certify that on 3/10/08
a copy of this foregoing document
was served electronically on

Patricia Griffith and Thomas M. Daniel

s/Ted Stepovich

**THE LAW OFFICE OF TED STEPOVICH**
**841 I Street**
**Anchorage, Alaska 99501**
**Ph: 272-9322  Fax: 277-1373**