```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

                             TONY TAHERI
                                vs.
             EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES INC.

BEFORE THE HONORABLE RALPH R. BEISTLINE
CASE NO. 3:04-CV-00106-RRB

DEPUTY CLERK/RECORDER:    SAMANTHA LARK

APPEARANCES:   PLAINTIFF:   THEODORE J. STEPOVICH - TELEPHONIC

               DEFENDANT:   PATRICIA G. GRIFFITH - TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD MAY 28, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:06 a.m. court convened.

Court and counsel heard re discovery and Supplemental Discovery re damages, Supplemental Witness list, possible Settlement and trial.

Plaintiff to file Supplemental Witness list on or before **June 13, 2008.** Defendant may file a Motion to Strike re Plaintiff's Supplemental Witness list, or make a Oral Motion at next hearing.

Court ordered plaintiff to provide defendant with updated damage interrogatories.

Status Conference set for **June 30, 2008 at 1:00 p.m.**

At 10:24 a.m. court adjourned.

DATE: May 28, 2008              DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07