```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

TONY TAHERI vs. EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC.

BEFORE THE HONORABLE RALPH R. BEISTLINE  CASE NO. 3:04-CV-00106-RRB

DEPUTY CLERK/RECORDER:           DENALI ELMORE

APPEARANCES:    PLAINTIFF:       THEODORE STEPOVICH (TELEPHONIC)

                DEFENDANT:       PATRICIA GRIFFITH (TELEPHONIC)

PROCEEDINGS: STATUS CONFERENCE HELD 6/30/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:05 p.m. court convened.

Court and counsel heard re trial date. Trial by Court set for **November 17, 2008 at 8:30 a.m.** Final Pretrial Conference set for **November 12, 2008 at 9:00 a.m**. Final Pretrial Order to issue from chambers.

At 1:12 p.m. court adjourned.

DATE:       JUNE 30, 2008        DEPUTY CLERK'S INITIALS:   DJE

Revised 6/18/07